**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAVID AZAR,**

                    **Plaintiff,**

**-vs-**                                                Case No. 6:09-cv-400-Orl-31KRS

**NATIONAL CITY BANK,**

                      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO VACATE ORDER DISMISSING CASE (Doc. No. 50)**
>
> **FILED:** **July 6, 2009**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to reopen the case.

> **MOTION:** **MOTION TO AMEND AMENDED COMPLAINT (Doc. No. 51)**
>
> **FILED:** **July 6, 2009**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Plaintiff shall file his amended complaint on or before Friday, July 24.

> **MOTION:** MOTION FOR FEES AND COSTS (Doc. No. 46)
>
> **FILED:** July 1, 2009
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 13, 2009.

                                                     GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party