**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID AZAR,**

           **Plaintiff,**

**-vs-**                                            **Case No. 6:09-cv-400-Orl-31KRS**

**NATIONAL CITY BANK,**

           **Defendant.**

## ORDER

On November 6, 2009, Defendant moved for an award of attorney's fees and costs incurred in defending this lawsuit. (Doc. 75). Defendant opposes the motion. (Doc. 82).

Defendant claims such fees and costs pursuant to provisions in the note, mortgage and equity reserve agreement. Plaintiff contends that his claims arose in tort, not contract, and are therefore not covered by these documents. However, Plaintiff's claims sought to rescind these documents. Thus, Defendant's actions were clearly taken in furtherance of its right to enforce the Plaintiff's payment obligation, and the contractual fee provisions apply.[1] Defendant will be awarded its reasonable fees and costs.

---

[1] For example, Section 6(E) of the note provides that the bank may recover "all of its costs and expenses in enforcing this Note," including attorneys' fees. (Doc. 75-3 at 2).

Defendant seeks fees in the amount of $48,648.30[2] and costs of $357.60.[3] Plaintiff does not object to the hourly rates charged by Defendant's counsel, but does object generally to reimbursement for research and conferences in the total amount of $14,795.80. This objection is not well founded. Legal research and intra-office conferences are not unreasonable *per se,* and Plaintiff has shown no specific basis to disapprove them here.

While these fees seem high for a case resolved at the motion to dismiss stage, it was Plaintiff's own persistence in pursuit of frivolous claims that drove up the expense of this litigation and the Court's time in resolving same. It is, therefore

**ORDERED** that the motion for fees and costs (Doc. 75) is **GRANTED**. Judgment shall be entered for Defendant against Plaintiff in the total sum of $49,005.90 for the fees and costs incurred by Defendant in defending this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[2] This sum includes an estimated $1,500 of time to prepare the instant motion.

[3] Plaintiff did not object to the costs and on November 13, 2009, the Clerk entered a bill of costs in this amount.